\*\*Original Filed 5/21/07\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINICIO GASCA,<br><br>             Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent. | Civ. Case No. C 07-2121 JF<br>Crim. Case No. CR 06-0576 JF<br><br>ORDER DIRECTING UNITED STATES TO RESPOND TO § 2255 MOTION |

      Petitioner,[1] a prisoner in federal custody, has filed a Motion to Vacate, Set Aside or Modify Sentence pursuant to 28 U.S.C. § 2255. IT IS ORDERED as follows:

      _____(1)    The Clerk of the Court shall (a) serve a copy of the Motion and a copy of this Order upon counsel for Respondent, the Office of the United States Attorney, Northern District of California and (b) serve a copy of this Order on Petitioner.

---

      [1] This action was commenced by Vinicio Gasca on April 17, 2007, when he filed a "Motion For Time Reduction By An Inmate in Federal Custody Under (28 U.S.C. §2255)." That motion bore the heading of the underlying criminal proceeding, *United States v. Gasca*, Case No. CR 06-0576 JF. Because this is a separate action under 28 U.S.C. § 2255, Gasca is the Petitioner herein and the Government is the Respondent. The Clerk of the Court shall amend the docket to reflect the proper designations of the parties.

1   (2) Respondent shall, in writing and within thirty (30) days after receiving this Order,
2   file an opposition to the Motion showing cause why the Motion should not be granted.
3   (3) Petitioner may file a reply within twenty (20) days after receiving the opposition.
4   (4) Unless otherwise ordered by the Court, the matter will be deemed submitted upon
5   the filing of the reply or upon the expiration of time to file a reply.

8   DATED: May 21, 2007

   _____
   JEREMY FOGEL
   United States District Judge