\*\*E-filed 5/29/2007\*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VINICIO GASCA,<br><br>                    Petitioner,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | Civ. Case No. C 07-2121 JF<br>Crim. Case No. CR 06-0576 JF<br><br>ORDER[1] RE DUPLICATE MOTION<br>UNDER 28 U.S.C. § 2255 |

On April 17, 2007, Petitioner Vinicio Gasca moved to vacate, correct, or set aside the sentence he received in criminal case number CR 06-0576 JF. On May 21, 2007, the Court issued an order to show cause why the motion should not be granted. On May 9, 2007, Petitioner filed a duplicate of his earlier motion, along with a letter from his wife, Kara Gasca. Because those filings were not marked with the instant case number, a new case file was opened under the number C 07-2503 JF. In light of this duplication, the Clerk of the Court hereby is ordered to close administratively case number C 07-2503 JF and to transfer the two existing filings in that case to case number C 07-2121 JF. Any future filings by Petitioner related to his motion to vacate his sentence should bear the case number C 07-2121 JF.

---

[1] This disposition is not designated for publication and may not be cited.

1  IT IS SO ORDERED

2

3

4  DATED: May 29, 2007

5

6  _____
7  JEREMY FOGEL
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
Civ. Case No.  C 07-2121 JF / Crim. Case No. CR 06-0576 JF
ORDER RE DUPLICATE MOTION UNDER 28 U.S.C. § 2255
(JFLC1)

1  A copy of this order has been sent to:

2  Vinicio Gasca
   10564-111
3  Correctional Institution
   P.O. Box 3001-0001
4  California City, CA 93504

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Civ. Case No.  C 07-2121 JF / Crim. Case No. CR 06-0576 JF
ORDER RE DUPLICATE MOTION UNDER 28 U.S.C. § 2255
(JFLC1)